## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EMIR A. CARMONA**, | ) |
| Plaintiff, | ) No. 22cv05773 |
| v. | ) |
| 4-Brothers Transport LLC, and Joe D. Turner, | ) |
| Defendants. | ) **PLAINTIFF DEMANDS TRIAL BY JURY** |

### COMPLAINT AT LAW

NOW COMES Plaintiff, EMIR A. CARMONA, by and through his attorneys, Zayed Law Offices, and for his Complaint against Defendants, 4-Brothers Transport, LLC and Joe D. Turner, he states as follows:

### PARTIES

1. On January 13, 2021, at all times relevant, Plaintiff, Emir A. Carmona (hereinafter "Carmona"), maintained his place of abode at 1020 Oakland Ave., Joliet, Will County, Illinois.

2. On January 13, 2021, at all times relevant, Defendant, 4-Brothers Transport, LLC (hereinafter "4-Brothers Transport"), was a foreign corporation organized and existing under the laws of the State of South Dakota with its principal place of business at 5804 W. 51st St., Sioux Falls, South Dakota 57106.

3. On January 13, 2021, at all times relevant, Defendant's, 4-Brothers Transport, agent, apparent agent and/or employee, Defendant, Joe D. Turner (hereinafter "Turner"), maintained his place of abode at 6500 S. Avalon Ave., Apt. 209, Sioux Falls, South Dakota 57108-3109.

**JURISDICTION**

4. The Court has original jurisdiction over the parties and this controversy based upon diversity of citizenship as set forth in 28 U.S.C. 1332(a).

5. Plaintiff is a citizen of the State of Illinois and both Defendants are citizens of the State of South Dakota.

6. The matter in controversy exceeds $75,000.00, exclusive of interest and costs.

**COUNT I – EMIR A. CARMONA V. 4-BROTHERS TRANSPORT, LLC – NEGLIGENCE**

1-6. Plaintiff incorporates paragraphs one through six as and for paragraphs one through six of Count I.

7. On January 13, 2021, at all times relevant, Interstate 80 (hereinafter "I-80") was a two-lane public highway generally running in an east and west direction in Ottawa Township, Illinois.

8. On January 13, 2021, at all times relevant, Plaintiff, Carmona, operated, managed, maintained and/or controlled a motor vehicle headed eastbound on I-80, at or near Mile Post 85 in Ottawa Township, Illinois.

9. On January 13, 2021, at all times relevant, Defendant, 4-Brothers Transport, by and through its agent, apparent agent and/or employee, Defendant, Turner, owned, operated, managed, maintained and/or controlled a 2009 Volvo Truck Tractor bearing VIN No. 4V4NC9TJ39N269734 (hereinafter "Defendants' semi-truck") headed eastbound on I-80, at or near Mile Post 85 in Ottawa Township, Illinois.

10. On January 13, 2021, at all times relevant, Defendants' semi-truck struck Plaintiff's motor vehicle.

11. On January 13, 2021, Defendant, 4-Brothers Transport, by and through its agent, apparent agent and/or employee, Defendant, Turner, owed a duty to Plaintiff, Carmona, to exercise reasonable care in the operation of Defendants' semi-truck.

12. That at the aforesaid time and place, Defendant, 4-Brothers Transport, by and through its agent, apparent agent and/or employee, Defendant, Turner, breached that duty and was negligent in one or more of the following respects:

    a. carelessly and negligently conducted an improper lane change, in violation of 625 ILCS 5/11-709;

    b. carelessly and negligently moved Defendants' semi-truck into Plaintiff's lane of traffic without first ascertaining that such movement could be made safely;

    c. carelessly and negligently failed to maintain proper control over Defendants' semi-truck so as to avoid collision with Plaintiff's motor vehicle;

    d. carelessly and negligently failed to keep a proper lookout and/or any lookout for Plaintiff's motor vehicle; and

    e. carelessly and negligently failed to apply brakes in order to avoid collision with Plaintiff's motor vehicle.

13. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions, Plaintiff, Carmona, has suffered injuries of a permanent, personal, and pecuniary nature.

WHEREFORE, the Plaintiff, Emir A. Carmona, demands judgment against the Defendant, 4-Brothers Transport, LLC, for a sum in excess of $75,000.00, exclusive of interests and costs.

### COUNT II – EMIR A. CARMONA V. JOE D. TURNER– NEGLIGENCE

1-6. Plaintiff incorporates paragraphs one through six as and for paragraphs one through six of Count II.

7. On January 13, 2021, at all times relevant, Interstate 80 (hereinafter "I-80") was a two-lane public highway generally running in an east and west direction in Ottawa Township, Illinois.

8. On January 13, 2021, at all times relevant, Plaintiff, Carmona, operated, managed, maintained and/or controlled a motor vehicle headed eastbound on I-80, at or near Mile Post 85 in Ottawa Township, Illinois.

9. On January 13, 2021, at all times relevant, Defendant, Turner, operated, managed, maintained and/or controlled a 2009 Volvo Truck Tractor bearing VIN No. 4V4NC9TJ39N269734 (hereinafter "Defendants' semi-truck") headed eastbound on I-80, at or near Mile Post 85 in Ottawa Township, Illinois.

10. On January 13, 2021, at all times relevant, Defendants' semi-truck struck Plaintiff's motor vehicle.

11. On January 13, 2021, Defendant, Turner, owed a duty to Plaintiff, Carmona, to exercise reasonable care in the operation of Defendants' semi-truck.

12. That at the aforesaid time and place, Defendant, Turner, breached that duty and was negligent in one or more of the following respects:

    a. carelessly and negligently conducted an improper lane change, in violation of 625 ILCS 5/11-709;

    b. carelessly and negligently moved Defendants' semi-truck into Plaintiff's lane of traffic without first ascertaining that such movement could be made safely;

    c. carelessly and negligently failed to maintain proper control over Defendants' semi-truck so as to avoid collision with Plaintiff's motor vehicle;

    d. carelessly and negligently failed to keep a proper lookout and/or any lookout for Plaintiff's motor vehicle; and

    e.  carelessly and negligently failed to apply brakes in order to avoid collision with Plaintiff's motor vehicle.

13. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions, Plaintiff, Carmona, has suffered injuries of a permanent, personal, and pecuniary nature.

WHEREFORE, the Plaintiff, Emir A. Carmona, demands judgment against the Defendant, Joe D. Turner, for a sum in excess of $75,000.00, exclusive of interests and costs.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

            Respectfully submitted,

            /s/ Adam J. Zayed

Adam J. Zayed—6301240
Julian D. Hoshell—6328519
**ZAYED LAW OFFICES**
195 Springfield Ave.
Joliet, IL 60435
Tel: 815.726.1616
Fax: 815.726.1779
service@zayedlaw.com